Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

TENDERED FOR FILING

MAR 26 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

_____ Division

Robin Williams

Case No. **18 - 3239**

**SECT.** N **MAG 2**

*(to be filled in by the Clerk's Office)*

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

-v-

Dr. Prentiss E. Smith
Lallie Kemp Regional Medical Center
52579 51 SOUTH INDEPENDENCE, LA 70443

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

) ) ) ) ) ) ) ) ) ) ) ) ) )

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

I.      **The Parties to This Complaint**

  A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ROBIN WILLIAMS |
| Street Address | 508 WEST MAGNOLIA STREET |
| City and County | AMITE |
| State and Zip Code | LA 70422 |
| Telephone Number | 985-748-4552 |
| E-mail Address | ROBIN23815@MSN.COM |

  B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Lallie Kemp Regional Medical Center |
| Job or Title *(if known)* | |
| Street Address | 52579  HWY 51 SOUTH |
| City and County | INDEPENDENCE |
| State and Zip Code | LA   70443 |
| Telephone Number | 985 878 9421 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Dr. Prentiss E Smith |
| Job or Title *(if known)* | |
| Street Address | 7597 S. Bocage  Street |
| City and County | Baton Rouge |
| State and Zip Code | La 70809 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.     The Plaintiff(s)

1.     If the plaintiff is an individual

The plaintiff, *(name)*     Robin Williams     , is a citizen of the State of *(name)*     Louisiana     .

2.     If the plaintiff is a corporation

The plaintiff, *(name)*     , is incorporated under the laws of the State of *(name)*     ,

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.     The Defendant(s)

1.     If the defendant is an individual

The defendant, *(name)*   Dr Prentiss E Smith   , is a citizen of the State of *(name)*     Louisiana     . Or is a citizen of *(foreign nation)*

2.     If the defendant is a corporation

The defendant, *(name)*   Lallie Kemp Regional Medical Center   , is incorporated under the laws of the State of *(name)*     Louisiana     , and has its principal place of business in the State of *(name)*     .

Or is incorporated under the laws of *(foreign nation)*     ,

and has its principal place of business in *(name)*     Independence, La     .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**III.     Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*     06/30/1993    , at *(place)*   Independence, La                                              ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

failed to perform proper medical workup before surgery
failed to properly diagnose and treat complications after surgery.
failed to inform patient of his condition, treatment choices and failed to obtain the patient's informed consent before surgeryP

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
wrongful death

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Would like to receive punitive damages for negligently hiring the doctor that caused a wrongful death.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          _____

Signature of Plaintiff          _____

Printed Name of Plaintiff          Robin Williams

### B.    For Attorneys

Date of signing:          _____

Signature of Attorney          _____

Printed Name of Attorney          _____

Bar Number          _____

Name of Law Firm          _____

Street Address          _____

State and Zip Code          _____

Telephone Number          _____

E-mail Address          _____

U.S. POSTAGE
PAID
AMITE LA
MAR 22 18
AMOUNT
$1.84
R2305H127937-02

1000    70130

Peter Williams
508 West Magnolia Street
Amite LA 70422

Clerk of Court
U.S. District Court
500 Poydras Street
Rm C-151
New Orleans, LA 70130